UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIEBOLD INCORPORATED, ET AL., ) | |
| ) | Case No.: 5:13-cv-00348 |
| Plaintiffs, ) | |
| ) | JUDGE SARA LIOI |
| vs. ) | |
| ) | **NOTICE OF DISMISSAL** |
| NUSOURCE FINANCIAL, INC., ) | **WITH PREJUDICE** |
| ) | |
| Defendant. ) | |

Plaintiffs Diebold Incorporated and Diebold Self-Service Systems, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), dismiss this action with prejudice.

Respectfully submitted,

HAHN LOESER & PARKS LLP

 /s/ Michael J. Garvin
Michael J. Garvin (0025394)
mjgarvin@hahnlaw.com
R. Eric Gaum (0066573)
regaum@hahnlaw.com
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Phone:  (216) 621-0150
Fax:  (216) 241-2824

Attorneys for Diebold Incorporated and
Diebold Self-Service Systems

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Michael J. Garvin
One of the Attorneys Plaintiffs
Diebold Incorporated and Diebold Self-Service Systems